THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD ABRUZZESE, Appellant.

Submitted June 3, 1938; decided July 7, 1938.

*Frank J. Pino* for appellant. The People failed to prove a delivery within the meaning of either section. (*People* v. *Goldberg,* 146 App. Div. 950; 131 N. Y. Supp. 481; *People* v. *Visconti,* 234 N. Y. 165; *People* v. *Kaminsky,* 245 App. Div. 768; 280 N. Y. Supp. 900.)

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent. The appellant's guilt was proved beyond a reasonable doubt. (*People* v. *Goldberg,* 146 App. Div. 950; *People* v. *Visconti,* 234 N. Y. 165.)

*Per Curiam.* The judgment should be affirmed. In this case there is proof, lacking in *People* v. *Berman* (278 N. Y. 408), decided herewith, of a delivery even though insufficient to pass title.

The judgment should be affirmed.

LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ., concur; RIPPEY, J., dissents; CRANE, Ch. J., taking no part.

Judgment affirmed.